FILED

2012 JAN 13 AM 10: [illegible]

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 12 00039 |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | [18 U.S.C. § 666: Bribery] |
| GILBERT MICHEL, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

INTRODUCTORY ALLEGATIONS

At all times relevant to this Information:

1. Defendant GILBERT MICHEL (hereafter "defendant MICHEL" or "defendant") was employed as a deputy sheriff by the Los Angeles County Sheriff's Department in Los Angeles County, California. As a deputy sheriff, defendant MICHEL was responsible for the care, custody, and security of inmates housed at the Los Angeles County Men's Central Jail (the "Men's Central Jail").

2. The Los Angeles County Sheriff's Department was an agency of Los Angeles County, a local government that annually

received benefits in excess of $10,000 under federal programs involving grants, contracts, loans, guarantees, insurance, and other forms of federal assistance.

    3.    These Introductory Allegations are hereby incorporated by reference into Count One of this Information.

## COUNT ONE

[18 U.S.C. § 666]

On or about July 20, 2011, in Los Angeles County, within the Central District of California, defendant MICHEL, a deputy sheriff employed by the Los Angeles County Sheriff's Department, an agency of a local government that during the one-year period from October 1, 2010 through September 30, 2011, received benefits in excess of $10,000 under Federal programs involving grants, loans, and other forms of Federal assistance, corruptly agreed to accept a thing of value, that is, approximately $20,000, intending to be influenced and rewarded in connection with business, a transaction, and a series of transactions of the Los Angeles County Sheriff's Department having a value of $5,000 or more, namely, the housing and security of inmates at the Men's Central Jail and the security of the Men's Central Jail facility.

//
//
//
///
//
//
//
//
//
//
//
//

1  More specifically, defendant MICHEL agreed to accept
2  approximately $20,000 in cash in exchange for smuggling
3  contraband, including but not limited to a cell phone,
4  cigarettes, and a note also known as a "kite," to an inmate
5  confined at the Men's Central Jail.

ANDRÉ BIROTTE, JR.
United States Attorney

*/s/ R. E. Dugdale*

ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division


LIZABETH A. RHODES
Assistant United States Attorney
Public Corruption and
Civil Rights Section


THOMAS E. PEREZ
Assistant Attorney General
Civil Rights Division,
Department of Justice

*/s/ Carroll McCabe (CMR)*

CARROLL McCABE
Trial Attorney
Civil Rights Division,
Criminal Section